IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FERNE C. WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PERSHING, LLC** | : | **NO. 09-2426** |

## ORDER

**AND NOW**, this 17th day of February, 2011, a settlement conference is scheduled for **Wednesday, March 2, 2011** in Chambers, Room 7614.

Counsel shall appear and bring with them all persons whose consent may be necessary to settle this matter. Persons present must have full and unlimited settlement authority and may not confer by telephone with anyone to seek additional authority.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**